[No. 71531-3-I.   Division One.   March 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. AUSTIN TYRONNE STEIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05821-7, Bruce E. Heller, J., entered February 7, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Schindler, JJ.

[No. 72290-5-I.   Division One.   March 21, 2016.]

*In the Matter of the Detention of* CURTIS BROGI.

THE STATE OF WASHINGTON, *Petitioner*, v. CURTIS BROGI, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 97-2-00476-9, Vickie I. Churchill, J., entered July 31, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 72615-3-I.   Division One.   March 21, 2016.]

MICHELLE MERCERI, *Appellant*, v. SHAWN CASEY JONES, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 13-2-02001-7, Helen Halpert, J., entered August 20 and October 20, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Cox, JJ.

[No. 72804-1-I.   Division One.   March 21, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY DANIEL NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08054-1, Bruce E. Heller, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Becker, J.